COUNTY OF ESSEX v. THE STATE OF NEW JERSEY.

September 14, 1988.

Petition for certification denied.

STEPHEN F. GABLE, SR. v. BOARD OF TRUSTEES OF THE PUB-
LIC EMPLOYEES' RETIREMENT SYSTEM.

September 14, 1988.

Petition for certification granted.   (See 224 *N.J.Super.* 417)

BOROUGH OF SEASIDE PARK v. MIKE BROWN
AND FRANK MANDIA.

September 14, 1988.

Petition for certification denied.

SILVER LAKE SALOON, INC., T/A KEY LARGO AND SUSSMAN–
CROSS, INC. v. BOROUGH OF BELMAR, ET AL.

September 14, 1988.

Petition for certification denied.